January 26, 1979

402 A.2d 1078

Commonwealth v. Buhl, Appellant.

Submitted September 15, 1978. Joseph P. Semasek, Assistant Public Defender, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

402 A.2d 1078

Commonwealth v. Cerra, Appellant.

Submitted September 15, 1978. Edmund J. Sacchitti, Assistant Public Defender, for appellant; Ernest D. Preate, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.